IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SHERI M. WELCH, | ) |
| | ) |
| Plaintiff, | ) Civil Action No. 09-1017 |
| | ) |
| v. | ) Judge Fischer |
| | ) Magistrate Judge Bissoon |
| TRI RIVERS CONSULTING | ) |
| SERVICES, INC., *et al.*, | ) |
| | ) |
| Defendants. | ) |

## **MEMORANDUM ORDER**

On August 17, 2009, this case was referred to United States Magistrate Judge Cathy Bissoon for pretrial proceedings in accordance with the Magistrates Act, 28 U.S.C. §§ 636(b)(1)(A) and (B), and Rules 72.C and 72.D of the Local Rules for Magistrates.

On March 21, 2011, the magistrate judge issued a Report (Doc. 55) recommending that Defendants' Motion for Summary Judgment (Doc. 37) be granted regarding Plaintiff's claims of disability discrimination under the ADA and the PHRA, but otherwise denied. Service of the Report and Recommendation was made on the parties, and Defendants filed Objections on April 7, 2011. *See* Doc. 56; *see also* Docs. 57 & 58.

After a *de novo* review of the pleadings and documents in the case, together with the Report and Recommendation and the Objections thereto, the following Order is entered:

AND NOW, on this ___2nd___ day of ___May___, 2011, IT IS HEREBY ORDERED that Defendants' Motion for Summary Judgment (**Doc. 37**) is **GRANTED** regarding Plaintiff's claims of disability discrimination under the ADA and the PHRA, but otherwise is **DENIED.**

The Report and Recommendation of Magistrate Judge Bissoon dated March 21, 2011 is hereby adopted as the opinion of the District Court.

*Nora Barry Fischer*
Nora Barry Fischer
United States District Judge

cc (via CM/ECF):

All counsel of record